# EXHIBIT A

| IP Address | ISP | Date/Time (UTC) |
| --- | --- | --- |
| 184.49.102.103 | Wayport | 2011-04-16 12:49:50 PM |
| 24.1.76.165 | Comcast Cable Communications | 2011-05-06 12:44:22 PM |
| 24.13.251.66 | Comcast Cable Communications | 2011-03-25 12:08:31 AM |
| 24.13.9.61 | Comcast Cable Communications | 2011-03-16 07:28:31 AM |
| 67.184.208.55 | Comcast Cable Communications | 2011-03-15 11:27:15 PM |
| 67.186.93.28 | Comcast Cable Communications | 2011-04-08 07:11:28 AM |
| 69.137.248.50 | Comcast Cable Communications | 2011-03-19 07:45:37 PM |
| 71.194.184.225 | Comcast Cable Communications | 2011-03-19 09:37:22 AM |
| 71.239.29.167 | Comcast Cable Communications | 2011-04-09 09:05:07 AM |
| 75.35.40.115 | AT&T Internet Services | 2011-05-04 06:58:55 AM |
| 76.16.83.25 | Comcast Cable Communications | 2011-03-17 03:04:27 PM |
| 76.73.77.42 | FDCservers.net | 2011-03-18 12:33:09 AM |
| 96.24.136.73 | Clearwire US | 2011-03-21 05:56:58 PM |
| 98.212.199.165 | Comcast Cable Communications | 2011-04-12 02:58:51 PM |
| 98.214.251.183 | Comcast Cable Communications | 2011-03-22 04:40:05 PM |
| 98.223.208.154 | Comcast Cable Communications | 2011-04-02 05:27:22 AM |
| 98.228.179.18 | Comcast Cable Communications | 2011-03-16 06:38:59 PM |