**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| BOY RACER, INC., | ) | |
| | ) | CASE NO.: 1:11-cv-3097 |
| Plaintiff, | ) | |
| | ) | Judge: Hon. Milton I. Shadur |
| v. | ) | |
| | ) | Magistrate Judge: Hon. Michael T. Mason |
| DOES 1 – 17, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| _____ | ) | |

### PLAINTIFF'S NOTICE OF DISMISSAL OF COMPLAINT

Plaintiff, Boy Racer, Inc., pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure,

hereby dismisses all claims in the Complaint with prejudice with respect to all IP addresses listed

in Exhibit A of the Complaint.  No Defendants have filed an answer to the complaint or a motion

for summary judgment with respect to the same.  Dismissal under Rule 41(a)(1) is therefore

appropriate.


Respectfully submitted,

Boy Racer, Inc.

**DATED:** May 10, 2011


By:  /s/ John Steele_____
John Steele (Bar No. 6292158)
Steele Hansmeier PLLC
161 N. Clark St.
Suite 4700
Chicago, IL 60601
312-880-9160;   Fax 312-893-5677
jlsteele@wefightpiracy.com
*Attorney for Plaintiff*